IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY TOWNS,<br><br>    Defendant. | NO. 19-cr-1020 |

**MOTION TO WITHDRAW**

COMES NOW Jennifer Frese, Counsel for Defendant and for her motion states:

1. The undersigned counsel had been previously appointed to represent the Defendant on the underlying charge herein.

2. Attorney Murray Bell has filed an appearance on behalf of the Defendant.

3. That the undersigned respectfully requests she be permitted to withdraw as counsel.

WHEREFORE, counsel prays she be permitted to withdraw as appointed counsel for Defendant.

            BY:    **/s/ Jennifer Frese**
                    Jennifer Frese  AT0008317
                    Kaplan and Frese, LLP
                    111 E Church Street
                    Marshalltown, IA 50158
                    Phone: (641) 753-5549
                    Fax: (641) 753-0962
                    Email: jennifer@kaplanfrese.com

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

Jerry Town, Defendant

By:  /s/ Jennifer Frese
   Attorney for Defendant