# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| UNITED STATES OF AMERICA, | WITNESS & EXHIBIT LIST |
|---|---|
| Plaintiff(s), | Case No. 19-CR-1020-CJW |
| vs. | Presiding Judge   Magistrate Mark A. Roberts |
| JERRY TOWNS, | Deputy Clerk   Sarah Melvin |
| Defendant(s). | Court Reporter   FTR Gold |
| Detention Hearing 7/11/2019 | Plaintiff's Attorney   AUSA Tony Morfitt |
| | Defendant's Attorney   Murray Bell |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Adam Williams, Dubuque County Sheriff's Office | 7/11/2019 | 3:30 PM | 7/11/2019 | 4:00 PM |
| | | | | | |
| | | | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Brittany Greve | 7/11/2019 | 4:01 PM | 7/11/2019 | 4:12 PM |
| | | | | | |
| | | | | | |

*Exhibit Receipted to Task Force Officer

**A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |