IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 19-1020 CJW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | REQUEST FOR PERMISSION |
| JERRY TOWNS, | ) | TO GET MARRIED WHILE |
| | ) | IN CUSTODY |
| | ) | (Unresisted) |
| Defendant. | ) | |

COMES NOW, defendant Jerry Towns, by and through counsel, and hereby submits this Request for Permission to Get Married, offering the following in support:

1. Defendant has been charged with Possession of a Firearm by a Felon, Possession with Intent to Distribute a Controlled Substance, Distribution of Cocaine, and Distribution of Cocaine Base. He has a plea hearing scheduled for Monday Dec. 23, 2019.
2. Defendant respectfully requests that the Court grant him permission to marry Brittany Greve, of Dubuque, Iowa.
3. Counsel to Defendant has spoken with AUSA Anthony Morfitt, and he has no objection to this request.

Based upon the foregoing, it is respectfully requested that the Court grant Defendant permission to get married, subject to the rules and regulations of the jail facility where he is incarcerated.

Respectfully submitted,

1

/s/ Michael K. Lahammer
Michael K. Lahammer, ATT 4425
425 2nd St. SE Suite 1010
Cedar Rapids, Iowa 52401
Phone: 319-364-1140
Fax: 319-364-4442
ATTORNEY FOR DEFENDANT
Email: mike@lahammerlaw.com

Copy to:
Anthony Morfitt, AUSA
Jerry Towns, Client

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was filed via CM/ECF on this 20th day of December, 2019, and all parties of record received copies.

.s. Michael K. Lahammer